333 A.2d 758
**COMMONWEALTH of Pennsylvania,
Petitioner,**

v.

**William C. SCHWANBECK.**

Supreme Court of Pennsylvania.

Argued June 25, 1974.

Decided Jan. 27, 1975.

Rehearing Denied April 3, 1975.

Milton O. Moss, Dist. Atty., Stewart J. Greenleaf, Richard J. Hodgson, Asst. Dist. Attys., Norristown, for petitioner.

S. David Fineman, Philadelphia, for respondent.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

### ORDER

PER CURIAM:

The requested Writ of Prohibition is refused.